UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARABETH GALINDO,<br>Plaintiff,<br>v.<br>UNIVISION TELEVISION GROUP, INC. & DOES 1 through 50, inclusive,<br>Defendant. | Case No. 1:25-cv-00760-KES-FJS<br><br>ORDER RE: STIPULATION TO MODIFY CERTAIN CASE DEADLINES<br><br>(ECF No. 18) |

On October 27, 2026, the Parties appeared for a status conference to discuss the October 15, 2026, joint stipulation (ECF No. 18) to modify the scheduling order (ECF No. 13). Counsel Thomas Edward Wheeler appeared on behalf of Plaintiff Sharabeth Galindo. Counsel Mathew Curtis Maler appeared on behalf of Defendant Univision Television Group, Inc.

Based on the agreement of the Parties, and for good cause appearing, the court HEREBY MODIFIES the September 23, 2025, scheduling order (ECF No. 13) as follows:

(1) Plaintiff's Expert Disclosures shall be due on February 8, 2027; and

(2) Defendant's Expert Disclosures shall be due on March 8, 2027; and

(3) Plaintiff's Supplemental Expert Disclosures shall be due on April 5, 2027; and

(4) The Discovery Cut-Off Deadline shall be continued to June 7, 2027; and

(5) The Dispositive Motion Filing Deadline currently set for June 7, 2027, is continued to June 28, 2027; and

(6) The Pre-Trial Conference currently set for September 14, 2027, is continued to October 25, 2027, at 1:30 PM in Courtroom 6 (KES), before United States District Judge Kirk E. Sherriff.

(7) The Trial currently set for November 9, 2027, is continued to January 18, 2028, at 8:30 AM in Courtroom 6 (KES), before United States District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated: **October 27, 2026**

UNITED STATES MAGISTRATE JUDGE